IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Barton A. Schilling,                               :

                Petitioner           :           Civil Action 2:03-cv-00588

  v.                                              :           Judge Marbley

Michael Sheets, Warden                        :           Magistrate Judge Abel

              Respondent           :


# ORDER

Petitioner Schilling's March 26, 2008 motion to stay execution of judgment (doc. 25) is DENIED.

Petitioner states that he has a petition for writ of certiorari pending in the United States Supreme Court.  However, judgment was entered in this habeas corpus case on January 27, 2005.  No appeal was ever taken.


                              _s/Algenon L. Marbley_____
                              Algenon L. Marbley, Judge
                              United States District Court